IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| FOR THE USE AND BENEFIT OF | § | |
| VOLVO RENTS | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| KEVIN ROBINSON D/B/A | § | |
| TOWN & COUNTRY EXCAVATION, | § | |
| JOURNEYMAN CONSTRUCTION, INC. | § | |
| AND SAFECO INSURANCE | § | |
| COMPANY OF AMERICA | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, United States of America for the Use and Benefit of Volvo Rents, brings suit against Defendant, Kevin Robinson d/b/a Town & Country Excavation, Journeyman Construction, Inc., and Safeco Insurance Company of America.

### Parties

1.      Plaintiff is a business located in Harris County, Texas.

2.      Defendant, Kevin Robinson d/b/a Town & Country Excavation, is a business located in Weimar, Colorado County, Texas.   Summons may be served on Kevin Robinson,1104 Michalke, Schulenberg, Texas, 78956.

3.      Defendant, Journeyman Construction, Inc., is a domestic corporation located in Travis County, Texas.  It may be served with summons through its registered agent: Sam Kumar, 7701 N. Lamar, Suite 100, Austin, Texas, 78752.

4.      Defendant, Safeco Insurance Company of America, is a foreign insurance company conducting business in Texas.   It may be served with summons through its

registered agent: Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas. 78701.

## Jurisdiction

5.  The court has jurisdiction under 28 USC 1331 resulting from the claims pursuant to 40 USC 270a, et seq., commonly known as the Miller Act.  The Court has supplemental jurisdiction over the related state law claims pursuant to 28 USC 1367.

## Venue

6.  The public works project made the basis of this lawsuit is located in Angelina County, Texas.  This court has venue in accordance with 40 USC 270b(b) and 28 USC 1391(b)(2).

## Facts

7.  Department of the Army, US Army Engineer District, Louisville contracted with Journeyman Construction, Inc. for improvements to the Lufkin Armed Forces Reserve Center in Lufkin, Angelina County, Texas.  Journeyman Construction, Inc. contracted with Town & Country Excavation to perform site work.  Town & Country Excavation rented heavy equipment from Volvo Rents to perform the site work.  Town & Country Excavation rented the equipment and used it on the project from August through November 2010.

8.  Safeco Insurance Company of America provided the payment bond.

9.  Town & Country Excavation failed to pay for the equipment rental.  The outstanding balance owed for the Lufkin Armed Forces Reserve Center is $43,930.65.  In

addition, Town & Country Excavation owes Plaintiff $21,930.52 for unpaid equipment rental for other projects.  Plaintiff seeks to recover the outstanding debt owed of $65,861.17 from Town & Country Excavation.  In regard to the debt owed on the Lufkin Armed Forces Reserve project in the amount of $43,930.65, Plaintiff seeks to recover the debt from Journeyman Construction, Inc. and Safeco Insurance Company of America.

## Conditions Precedent

10.   Volvo Rents provided notice by certified mail, return receipt requested to Town & Country Excavation, Journeyman Construction, Inc. and Safeco Insurance Company of America doing business as Safeco Surety as follows:

| 09 | 15 | 2010 | Safeco Insurance Company of America |
| 09 | 15 | 2010 | Journeyman Construction, Inc. |
| 09 | 15 | 2010 | Town & Country Excavation |
| 10 | 15 | 2010 | Journeyman Construction, Inc. |
| 10 | 15 | 2010 | Town & Country Excavation |
| 11 | 15 | 2010 | Journeyman Construction, Inc. |
| 11 | 15 | 2010 | Town & Country Excavation |
| 12 | 15 | 2010 | Safeco Insurance Company of America |
| 12 | 15 | 2010 | Journeyman Construction, Inc. |
| 12 | 15 | 2010 | Town & Country Excavation |
| 01 | 14 | 2011 | Safeco Insurance Company of America |
| 01 | 14 | 2011 | Journeyman Construction, Inc. |
| 01 | 14 | 2011 | Town & Country Excavation |
| 02 | 15 | 2011 | Safeco Insurance Company of America |
| 02 | 15 | 2011 | Journeyman Construction, Inc. |

| 02 | 15 | 2011 | Town & Country Excavation |
|----|----|------|---------------------------|

11.    Attorney for Volvo Rents made written demand for payment of the invoices to Town & Country Excavation, Journeyman Construction, Inc. and Safeco Insurance Company of America on May 5, 2011.   Defendants were notified that the Plaintiff would be entitled to attorneys fees under Texas Civil Practice & Remedies Code 38.001 § a(1),(3), (7) and (8).   *United States ex rel. Cal's A/C & Electric v. Famous Constr. Corp.*, 554 F.2d 164 (5th Cir. 1977).

**Payment Bond**

12.    The equipment rental was used on the Lufkin Armed Forces Reserves Center construction project and pertains to the construction contract between the Department of Army, U.S. Army Engineer District, Louisville and Journeyman Construction, Inc.  In conjunction with the construction contract, Safeco Insurance Company of America issued a payment bond.  The bond number is 6584575.   Under the terms of the bond and the Miller Act, plaintiff is a beneficiary of the bond.

13.    Plaintiff is a party having a direct contractual relationship with a subcontractor but no contractual relationship, express or implied, with the contract furnishing the payment bond.  Plaintiff provided written notice within 90 days from the last date on which it rented equipment for which the claim is made.  Despite being notified on four occasions, Safeco Insurance Company of America has failed to make payment of $43,930.65.

14.    The last of the equipment rented for the use on the Lufkin Armed Forces Reserve

4

Center project was on November 24, 2010.

## Miller Act Claims

15.    The amount due and owing plaintiff for the Lufkin Armed Forces Reserve Center project is $43,930.65.  Plaintiff is a beneficiary of a payment bond furnished by Safeco Insurance Company of America and under the terms of the payment bond, Safeco Insurance Company of America is obligated to pay the sums due and owing to plaintiff.

16.    The suit has been commenced prior to expiration of one year after the day on which the last labor was performed or materials furnished.

17.    Plaintiff hereby sues Safeco Insurance Company of America under the Miller Act for $43,930.65.  Plaintiff seeks attorneys fees for the general contractor's bad faith acts.

## Breach of Contract

18.    Town & Country Excavation agreed to pay Plaintiff for equipment rental.  Town & Country Excavation failed to comply with its agreement.  As a result, Defendant owes Plaintiff $65,861.17 interest and attorneys fees.

## Suit on a Sworn Account

19.    Town & Country Excavation agreed to pay Plaintiff for equipment.  The charges were billed on an open account.  Town & Country Excavation failed to pay for the services as invoiced.  As a result, Town & Country owes Plaintiff the amount of $65,861.17.

## Quantum Meruit and Unjust Enrichment

20.    Plaintiff's rental of equipment to Town & Country Excavation for use at the Lufkin Armed Forces Reserve Center project without compensation resulted in an unjust enrichment of Town & Country Excavation and Journeyman Construction, Inc. Plaintiff seeks recovery of the unjust enrichment received by Town & Country Excavation and Journeyman Construction, Inc. Plaintiff asserts a claim for quantum meruit to recover the reasonable cost of the equipment rental on the Lufkin Armed Forces Reserve Center project in the amount of $43,930.65. Plaintiff asserts a claim for quantum meruit against Town & Country Excavation in the amount of $65,861.17.

## Trust Fund Violation

21.    Journeyman Construction, Inc. has received money from the owner for all of the equipment rented from Plaintiff. Said funds are trust funds under Texas law. Journeyman Construction, Inc. has failed to make payment to Plaintiff and has failed to comply with its trust fund obligations under Texas Trust Code Ann. § 162.001, et seq.. Plaintiff sues for recovery of trust funds owed and penalties provided under the statute.

## Breach of Payment Obligation

22.    Although Journeyman Construction, Inc. accepted material furnished by Plaintiff, Journeyman Construction, Inc. failed to compensate Plaintiff for services and materials provided as mandated by the Texas Property Code § 28.002, which requires payment within seven days to subcontractors after receipt of payment from

6

the owner.  Additionally, Plaintiff sues Journeyman Construction, Inc. for interest at the statutory rate on the amount due, which began to accrue on the day after the payment became due pursuant to Texas Property Code § 28.001(a).

23.    The amount of this claim is just and correct, and all lawful offsets, payments and credits known to the undersigned claimant have been allowed.

**Damages**

24.    Plaintiff seeks recovery of $43,930.65 plus any penalties and interest permitted under written contract from Town & Country Excavation, Journeyman Construction, Inc., Inc. and Safeco Insurance Company of America, jointly and severally.  Further, Plaintiff seeks recovery of an additional $21,930.52 from Town & Country Excavation for money owed on other projects.  In addition, Plaintiff seeks recovery of attorneys fees, statutory interest penalties, court costs and judgment interest.

**Prayer**

For these reasons, Plaintiff prays that the defendants be sited to appear and that Plaintiff recover the following:

(1)    Actual damages;

(2)    Reasonable and necessary attorneys fees according to Texas Civil Practice & Remedies Code 38.001(1), (3), (7) and (8);

(3)    Statutory Interest and Penalties under Texas Property Code;

(4)    Court costs; and

(5)    Pre and post judgment interest.

Respectfully submitted,

THE GREENWOOD PRATHER LAW FIRM

7

By:  /s/ Kelly G. Prather
       Kelly Greenwood Prather
       TBA: 00796670
       1300 McGowen Street
       Houston, Texas  77004
       **Mailing Address:**
       **PO Box 1358**
       **Houston, Texas 77251**
       (713) 333-3200 telephone
       (713) 621-1449 telecopier

       ATTORNEY FOR PLAINTIFF