IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF VOLVO RENTS,<br>　　Plaintiff<br><br>vs.<br><br>KEVIN ROBINSON d/b/a TOWN & COUNTRY EXCAVATION, JOURNEYMAN CONSTRUCTION INC., AND SAFECO INSURANCE COMPANY OF AMERICA,<br>　　Defendants | § § § § § § § § § § § § | CIVIL ACTION NO.<br>9:11-cv-00084-RC |

## NOTICE OF DISMISSAL BY STIPULATION OF JOURNEYMAN CONSTRUCTION INC. AND SAFECO INSURANCE COMPANY OF AMERICA

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States of America for the use and benefit of Volvo Rents, as plaintiff, and Journeyman Construction Inc. and Safeco Insurance Company of America, as defendants, file this notice of dismissal by stipulation as to only Journeyman Construction Inc. and Safeco Insurance Company of America.

The Plaintiff agrees to the dismissal of all claims asserted by it against Journeyman Construction Inc. and Safeco Insurance Company of America. This dismissal is to be made with prejudice as to any right of refiling.

1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **GREENWOOD PRATHER LAW FIRM**<br>P.O. Box 1358<br>Houston, Texas 77251<br>713.333.3200 (telephone)<br>713.621.1449 (facsimile) | **FORD NASSEN & BALDWIN P.C.**<br>111 Congress Ave., Suite 1010<br>Austin, Texas 78701<br>512.236.0009 (telephone)<br>512.236.0682 (facsimile) |
| By: /s/ Kelly Greenwood Prather<br>**Kelly Greenwood Prather**<br>kgreenwood@midtownlegal.com<br>Texas State Bar No. 00796670 | By: /s/ R. Carson Fisk<br>**R. Carson Fisk**<br>rcfisk@fordnassen.com<br>Texas State Bar No. 24043659 |
| **Attorneys for the United States of America for the use and benefit of Volvo Rents** | **Attorneys for Journeyman Construction Inc. and Safeco Insurance Company of America** |